**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF UTAH**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Juan**<br>First Name<br><br>**A**<br>Middle Name<br><br>**Rodriguez**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) | **Esmeraldo**<br>First Name<br><br><br>Middle Name<br><br>**Rodriguez**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name | First Name<br><br>Middle Name<br><br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7  1  9  7<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – 8  5  6  8<br>OR<br>9xx – xx – ____ ____ ____ ____ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>Business name | ☑ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>Business name |

Debtor 1   **Juan A Rodriguez**

Debtor 2   **Esmeraldo Rodriguez**                                    Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
|  | __ __  __  __ __ __ __ __ __ | __ __  __  __ __ __ __ __ __ |
|  | EIN | EIN |
|  | __ __  __  __ __ __ __ __ __ | __ __  __  __ __ __ __ __ __ |
|  | EIN | EIN |

**5.   Where you live**

About Debtor 1:

**2660 South Melville Drive**
Number      Street

_____

**Magna**            **UT**   **84044**
City                State   ZIP Code

**Salt Lake**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                State   ZIP Code

If Debtor 2 lives at a different address:

_____
Number      Street

_____

_____
City                State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                State   ZIP Code

**6.   Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

| Debtor 1 | **Juan A Rodriguez** | | |
|---|---|---|---|
| Debtor 2 | **Esmeraldo Rodriguez** | | Case number (if known) |

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Juan A Rodriguez** | | |
|---|---|---|---|
| Debtor 2 | **Esmeraldo Rodriguez** | | Case number (if known) |

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?  _____
Number    Street

_____
_____
City                            State        ZIP Code

---

Debtor 1    **Juan A Rodriguez**

Debtor 2    **Esmeraldo Rodriguez**    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Juan A Rodriguez** | | |
|---|---|---|---|
| Debtor 2 | **Esmeraldo Rodriguez** | | Case number (if known) |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**
☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1   **Juan A Rodriguez**
Debtor 2   **Esmeraldo Rodriguez**                                                    Case number (if known) _____

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Juan A Rodriguez**                          X **/s/ Esmeraldo Rodriguez**
Juan A Rodriguez, Debtor 1                          Esmeraldo Rodriguez, Debtor 2

Executed on **04/03/2019**                          Executed on **04/03/2019**
MM / DD / YYYY                                       MM / DD / YYYY

Debtor 1    **Juan A Rodriguez**

Debtor 2    **Esmeraldo Rodriguez**                                   Case number (if known)

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Roberto G. Culas**                                   Date **04/03/2019**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Roberto G. Culas**
Printed name

**Roberto G. Culas, Attorney at Law (7045)**
Firm Name

**3441 South Decker Lake Drive Suite 124**
Number        Street


**West Valley City**                          **UT**        **84119**
City                                         State       ZIP Code


Contact phone  **(801) 676-6553**             Email address **culaslaw@yahoo.com**

**7045**                                      **UT**
Bar number                                    State

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

IN RE:  **Juan A Rodriguez**                                        CASE NO
**Esmeraldo Rodriguez**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**                                  Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $28,500.00 | $32,042.00 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 7. | Electronics | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $400.00 | $0.00 | $400.00 | $0.00 | $400.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $60.00 | $0.00 | $60.00 | $0.00 | $60.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

IN RE:  **Juan A Rodriguez**
**Esmeraldo Rodriguez**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$29,610.00** | **$32,042.00** | **$1,110.00** | **$650.00** | **$460.00** |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION**

IN RE:  **Juan A Rodriguez
Esmeraldo Rodriguez**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Personal clothings and effects | $400.00 | | $400.00 | $400.00 |
| Checking accounts with America First Credit Union; and Mountain | $60.00 | | $60.00 | $60.00 |
| TOTALS: | $460.00 | $0.00 | $460.00 | $460.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $29,610.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $29,610.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $32,042.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $32,042.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $1,110.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $1,110.00 |
| J.  Total Exemptions Claimed | $650.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $460.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A** | **Rodriguez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Esmeraldo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or

- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1.    For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

   **None.**

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|

   **None.**

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Juan A Rodriguez**_____    X **/s/ Esmeraldo Rodriguez**_____
  Juan A Rodriguez, Debtor 1                      Esmeraldo Rodriguez, Debtor 2

Date **04/03/2019**_____                       Date **04/03/2019**_____
    MM / DD / YYYY                                  MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

> **This notice is for you if:**
>
> - **You are an individual filing for bankruptcy,** and
>
> - **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

## You should have an attorney review your decision to file for bankruptcy and the choice of chapter.

### Chapter 7:  Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form--sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms .html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/Bankru ptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

In re  **Juan A Rodriguez**                                          Case No.  _____
       **Esmeraldo Rodriguez**

                                                                    Chapter   **7**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. _____ **$600.00**

Prior to the filing of this statement I have received........................................................ _____ **$0.00**

Balance Due.................................................................................................................. _____ **$600.00**

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/03/2019 | /s/ Roberto G. Culas | |
| --- | --- | --- |
| *Date* | *Roberto G. Culas* | Bar No.  7045 |
| | Roberto G. Culas, Attorney at Law (7045) | |
| | 3441 South Decker Lake Drive Suite 124 | |
| | West Valley City, UT 84119 | |
| | Phone: (801) 676-6553 / Fax: (801) 676-6800 | |

---

__/s/ Juan A Rodriguez__

**Juan A Rodriguez**

__/s/ Esmeraldo Rodriguez__

**Esmeraldo Rodriguez**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

IN RE:  **Juan A Rodriguez**                                              CASE NO
        **Esmeraldo Rodriguez**
                                                              CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  4/3/2019 _____        Signature  _/s/ Juan A Rodriguez_____
                                                     *Juan A Rodriguez*


Date  4/3/2019 _____        Signature  _/s/ Esmeraldo Rodriguez_____
                                                     *Esmeraldo Rodriguez*

Aaron Furniture
3495 West 3500 South
West Valley City, UT 84119


Builder Canyon Apartments
5517 Slate Canyon Drive
West Jordan, UT 84081


Cash America Plaza Services
110 Hammond Drive Suite 100
Atlanta, GA 30328


Check City
2490 West 4700 South
Salt Lake City, UT  84123


Check N Go
5443 S. Redwood Road, Suite D
Salt Lake City, UT 84123


Check Smart
1842 S. 300 W.
Salt Lake City, UT 84115


ChexSystems
7805 Hudson Road, Suite 100
Woodbury, MN 55125


Children's Place/Comenity Bank
333 West Washington St. Suite 140
Syracuse, NY 13202


Credit Collection Services
725 Canton Street
Norwood MA 02062

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873


Discover Financial Services
12 Reads Way
New Castle, DE 19720


Emergency Physicians Integrated Care
333 North 300 West
Salt Lake City, UT 84103


Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL  32258


Exodus Health Care
3336 Pioneer Parkway #201
Salt Lake City, UT  84120


Express Recovery Services
3782 West 2340 South, Ste. B
West Valley City, UT  84120


Express/Comenity Bank
333 West Washington Street, Suite 140
Syracuse, NY 13202


Fingerhut, Web Bank
6250 Ridgewood Road
St. Cloud, MN  56303


Fortiva
5 Concourse Parkway, Suite 300
Atlanta, GA 30328

Granger Medical
3725 West 4100 South
West Valley City, UT 84120

Jordan Valley Medical Center
West Valley Campus
3460 S. Pioneer Parkway
West Valley City, Ut 84120

Kimberly Furniture
6006 39th Avenue
Woodside, NY 11377

Kimbrells
460 N. Fayetteville St.
Asheboro, NC 27203

Knight Adjustment Bureau
5525 S. 900 E. Ste. 215
Salt Lake City, UT 84102

Kohls Department Store
P.O. Box 3115
Milwaukee, WI   53201

Midland Funding
2365 Northside Dr. Ste 300
San Diego, CA 92108

Mountainland Collections
P.O. Box 1280
American Fork, UT  84003-6280

Mr. Money
4371 West 3500 South
West Valley City, UT  84120

Murray Finance
4905 State Street
Murray, UT 84107


Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502


RC Willey
P.O. Box 65320
Salt Lake City, UT  84165-0320


Rocky Mountain Power
P.O. Box 26000
Portland, OR 97256


Smiths/Krogers
4065 S. Redwood Road
Salt Lake City, UT 84123


Stat MD
1784 Uinta Way E
Park City, UT 84098


Target National Bank
3701 Wayzata Blvd.
Minneappolis, MN 55416


Time Warner Cable



University Credit Union
P.O. Box 58025
Salt Lake City, UT 84158

Utah County Constable
40 N. 100 E.
Provo, UT 84606


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134


Vasa Fitness
3491 West 3500 South
West Valley City, UT 84120


Victoria Secret/Comenity Bank
333 West Washington St. Suite 140
Syracuse, NY 13202

Debtor(s):  Juan A Rodriguez
            Esmeraldo Rodriguez

Case No.:
Chapter: 7

DISTRICT OF UTAH
CENTRAL DIVISION

Aaron Furniture
3495 West 3500 South
West Valley City, UT 84119

Discover Financial Services
12 Reads Way
New Castle, DE 19720

Kimberly Furniture
6006 39th Avenue
Woodside, NY 11377

Builder Canyon Apartments
5517 Slate Canyon Drive
West Jordan, UT 84081

Emergency Physicians Integrated
333 North 300 West
Salt Lake City, UT 84103

Kimbrells
460 N. Fayetteville St.
Asheboro, NC 27203

Cash America Plaza Services
110 Hammond Drive Suite 100
Atlanta, GA 30328

Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL  32258

Knight Adjustment Bureau
5525 S. 900 E. Ste. 215
Salt Lake City, UT 84102

Check City
2490 West 4700 South
Salt Lake City, UT  84123

Exodus Health Care
3336 Pioneer Parkway #201
Salt Lake City, UT  84120

Kohls Department Store
P.O. Box 3115
Milwaukee, WI  53201

Check N Go
5443 S. Redwood Road, Suite D
Salt Lake City, UT 84123

Express Recovery Services
3782 West 2340 South, Ste. B
West Valley City, UT  84120

Midland Funding
2365 Northside Dr. Ste 300
San Diego, CA 92108

Check Smart
1842 S. 300 W.
Salt Lake City, UT 84115

Express/Comenity Bank
333 West Washington Street, Sui
Syracuse, NY 13202

Mountainland Collections
P.O. Box 1280
American Fork, UT  84003-6280

ChexSystems
7805 Hudson Road, Suite 100
Woodbury, MN 55125

Fingerhut, Web Bank
6250 Ridgewood Road
St. Cloud, MN  56303

Mr. Money
4371 West 3500 South
West Valley City, UT  84120

Children's Place/Comenity Bank
333 West Washington St. Suite 1
Syracuse, NY 13202

Fortiva
5 Concourse Parkway, Suite 300
Atlanta, GA 30328

Murray Finance
4905 State Street
Murray, UT 84107

Credit Collection Services
725 Canton Street
Norwood MA 02062

Granger Medical
3725 West 4100 South
West Valley City, UT 84120

Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Jordan Valley Medical Center
West Valley Campus
3460 S. Pioneer Parkway
West Valley City, Ut 84120

RC Willey
P.O. Box 65320
Salt Lake City, UT  84165-0320

Debtor(s):  Juan A Rodriguez
            Esmeraldo Rodriguez

Case No:
Chapter: 7

DISTRICT OF UTAH
CENTRAL DIVISION

Rocky Mountain Power
P.O. Box 26000
Portland, OR 97256


Smiths/Krogers
4065 S. Redwood Road
Salt Lake City, UT 84123


Stat MD
1784 Uinta Way E
Park City, UT 84098


Target National Bank
3701 Wayzata Blvd.
Minneappolis, MN 55416


Time Warner Cable



University Credit Union
P.O. Box 58025
Salt Lake City, UT 84158


Utah County Constable
40 N. 100 E.
Provo, UT 84606


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134


Vasa Fitness
3491 West 3500 South
West Valley City, UT 84120


Victoria Secret/Comenity Bank
333 West Washington St. Suite 1
Syracuse, NY 13202

Aaron Furniture
3495 West 3500 South
West Valley City, UT 84119

Discover Financial Services
12 Reads Way
New Castle, DE 19720

Kimberly Furniture
6006 39th Avenue
Woodside, NY 11377

Builder Canyon Apartments
5517 Slate Canyon Drive
West Jordan, UT 84081

Emergency Physicians
Integrated Care
333 North 300 West
Salt Lake City, UT 84103

Kimbrells
460 N. Fayetteville St.
Asheboro, NC 27203

Cash America Plaza Services
110 Hammond Drive Suite 100
Atlanta, GA 30328

Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL  32258

Knight Adjustment Bureau
5525 S. 900 E. Ste. 215
Salt Lake City, UT 84102

Check City
2490 West 4700 South
Salt Lake City, UT  84123

Exodus Health Care
3336 Pioneer Parkway #201
Salt Lake City, UT  84120

Kohls Department Store
P.O. Box 3115
Milwaukee, WI  53201

Check N Go
5443 S. Redwood Road, Suite D
Salt Lake City, UT 84123

Express Recovery Services
3782 West 2340 South, Ste. B
West Valley City, UT  84120

Midland Funding
2365 Northside Dr. Ste 300
San Diego, CA 92108

Check Smart
1842 S. 300 W.
Salt Lake City, UT 84115

Express/Comenity Bank
333 West Washington Street,
Suite 140
Syracuse, NY 13202

Mountainland Collections
P.O. Box 1280
American Fork, UT  84003-6280

ChexSystems
7805 Hudson Road, Suite 100
Woodbury, MN 55125

Fingerhut, Web Bank
6250 Ridgewood Road
St. Cloud, MN  56303

Mr. Money
4371 West 3500 South
West Valley City, UT  84120

Children's Place/Comenity Bank
333 West Washington St. Suite
140
Syracuse, NY 13202

Fortiva
5 Concourse Parkway, Suite 300
Atlanta, GA 30328

Murray Finance
4905 State Street
Murray, UT 84107

Credit Collection Services
725 Canton Street
Norwood MA 02062

Granger Medical
3725 West 4100 South
West Valley City, UT 84120

Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Jordan Valley Medical Center
West Valley Campus
3460 S. Pioneer Parkway
West Valley City, Ut 84120

RC Willey
P.O. Box 65320
Salt Lake City, UT  84165-0320

Rocky Mountain Power
P.O. Box 26000
Portland, OR 97256


Smiths/Krogers
4065 S. Redwood Road
Salt Lake City, UT 84123


Stat MD
1784 Uinta Way E
Park City, UT 84098


Target National Bank
3701 Wayzata Blvd.
Minneappolis, MN 55416


Time Warner Cable



University Credit Union
P.O. Box 58025
Salt Lake City, UT 84158


Utah County Constable
40 N. 100 E.
Provo, UT 84606


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134


Vasa Fitness
3491 West 3500 South
West Valley City, UT 84120


Victoria Secret/Comenity Bank
333 West Washington St. Suite
140
Syracuse, NY 13202

*Roberto G. Culas, Bar No. 7045*
*Roberto G. Culas, Attorney at Law (7045)*
*3441 South Decker Lake Drive Suite 124*
*West Valley City, UT 84119*
*(801) 676-6553*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*DISTRICT OF UTAH*

*CENTRAL DIVISION*

In re:                                          Case No.:
Juan A Rodriguez                                 SSN:  xxx-xx-7197
Esmeraldo Rodriguez                              SSN:  xxx-xx-8568
Debtor(s)
                                       ## Numbered Listing of Creditors
Address:
2660 South Melville Drive               Chapter:   7
Magna, UT 84044

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  Aaron Furniture<br>3495 West 3500 South<br>West Valley City, UT 84119 | Unsecured Claim | $350.00 |
| 2.  Builder Canyon Apartments<br>5517 Slate Canyon Drive<br>West Jordan, UT 84081 | Unsecured Claim | $500.00 |
| 3.  Cash America Plaza Services<br>110 Hammond Drive Suite 100<br>Atlanta, GA 30328 | Unsecured Claim | $350.00 |
| 4.  Check City<br>2490 West 4700 South<br>Salt Lake City, UT  84123 | Unsecured Claim | $450.00 |
| 5.  Check N Go<br>5443 S. Redwood Road, Suite D<br>Salt Lake City, UT 84123 | Unsecured Claim | $525.00 |
| 6.  Check Smart<br>1842 S. 300 W.<br>Salt Lake City, UT 84115 | Unsecured Claim | $450.00 |

in re:    **Juan A Rodriguez**

_____        _____
Debtor                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.    ChexSystems<br>7805 Hudson Road, Suite 100<br>Woodbury, MN 55125 | Unsecured Claim | $500.00 |
| 8.    Children's Place/Comenity Bank<br>333 West Washington St. Suite 140<br>Syracuse, NY 13202 | Unsecured Claim | $350.00 |
| 9.    Credit Collection Services<br>725 Canton Street<br>Norwood MA 02062 | Unsecured Claim | $0.00 |
| 10.   Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Unsecured Claim | $800.00 |
| 11.   Discover Financial Services<br>12 Reads Way<br>New Castle, DE 19720 | Unsecured Claim | $1,200.00 |
| 12.   Emergency Physicians Integrated Care<br>333 North 300 West<br>Salt Lake City, UT 84103 | Unsecured Claim | $600.00 |
| 13.   Enhanced Recovery Corporation<br>8014 Bayberry Road<br>Jacksonville, FL  32258 | Unsecured Claim | $630.00 |
| 14.   Exodus Health Care<br>3336 Pioneer Parkway #201<br>Salt Lake City, UT  84120 | Unsecured Claim | $250.00 |
| 15.   Express Recovery Services<br>3782 West 2340 South, Ste. B<br>West Valley City, UT  84120 | Unsecured Claim | $340.00 |

in re:  **Juan A Rodriguez**

| | | Debtor | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 16. | Express/Comenity Bank<br>333 West Washington Street, Suite 140<br>Syracuse, NY 13202 | Unsecured Claim | $450.00 |
| 17. | Fingerhut, Web Bank<br>6250 Ridgewood Road<br>St. Cloud, MN  56303 | Unsecured Claim | $375.00 |
| 18. | Fortiva<br>5 Concourse Parkway, Suite 300<br>Atlanta, GA 30328 | Unsecured Claim | $525.00 |
| 19. | Granger Medical<br>3725 West 4100 South<br>West Valley City, UT 84120 | Unsecured Claim | $475.00 |
| 20. | Jordan Valley Medical Center<br>West Valley Campus<br>3460 S. Pioneer Parkway<br>West Valley City, Ut 84120 | Unsecured Claim | $475.00 |
| 21. | Kimberly Furniture<br>6006 39th Avenue<br>Woodside, NY 11377 | Unsecured Claim | $200.00 |
| 22. | Kimbrells<br>460 N. Fayetteville St.<br>Asheboro, NC 27203 | Unsecured Claim | $900.00 |
| 23. | Knight Adjustment Bureau<br>5525 S. 900 E. Ste. 215<br>Salt Lake City, UT 84102 | Unsecured Claim | $1,300.00 |
| 24. | Kohls Department Store<br>P.O. Box 3115<br>Milwaukee, WI  53201<br>xxxxxxxx2603 | Unsecured Claim | $450.00 |

in re:  **Juan A Rodriguez**

_____    _____
Debtor                                                Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.  Midland Funding<br>2365 Northside Dr. Ste 300<br>San Diego, CA 92108 | Unsecured Claim | $670.00 |
| 26.  Mountainland Collections<br>P.O. Box 1280<br>American Fork, UT  84003-6280 | Unsecured Claim | $340.00 |
| 27.  Mr. Money<br>4371 West 3500 South<br>West Valley City, UT  84120 | Unsecured Claim | $300.00 |
| 28.  Murray Finance<br>4905 State Street<br>Murray, UT 84107 | Unsecured Claim | $430.00 |
| 29.  Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk, VA 23502 | Unsecured Claim | $630.00 |
| 30.  RC Willey<br>P.O. Box 65320<br>Salt Lake City, UT  84165-0320 | Unsecured Claim | $520.00 |
| 31.  Rocky Mountain Power<br>P.O. Box 26000<br>Portland, OR 97256 | Unsecured Claim | $320.00 |
| 32.  Smiths/Krogers<br>4065 S. Redwood Road<br>Salt Lake City, UT 84123 | Unsecured Claim | $719.00 |
| 33.  Stat MD<br>1784 Uinta Way E<br>Park City, UT 84098 | Unsecured Claim | $465.00 |

in re:  **Juan A Rodriguez**

| | Debtor | Case No. (if known) |
|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 34. | Target National Bank<br>3701 Wayzata Blvd.<br>Minneappolis, MN 55416 | Unsecured Claim | $450.00 |
| 35. | Time Warner Cable | Unsecured Claim | $300.00 |
| 36. | University Credit Union<br>P.O. Box 58025<br>Salt Lake City, UT 84158 | Unsecured Claim | $650.00 |
| 37. | Utah County Constable<br>40 N. 100 E.<br>Provo, UT 84606 | Unsecured Claim | $0.00 |
| 38. | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT  84134 | Priority Claim | $400.00 |
| 39. | Vasa Fitness<br>3491 West 3500 South<br>West Valley City, UT 84120 | Unsecured Claim | $1,200.00 |
| 40. | Victoria Secret/Comenity Bank<br>333 West Washington St. Suite 140<br>Syracuse, NY 13202 | Unsecured Claim | $543.00 |

in re:    **Juan A Rodriguez**
_____                    _____
                                    Debtor                                                        Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Juan A Rodriguez**_____ ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*

consisting of ___6___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.


Debtor:  **/s/ Juan A Rodriguez**_____    Date: _4/3/2019_____
                 **Juan A Rodriguez**



Spouse:  **/s/ Esmeraldo Rodriguez**_____    Date: _4/3/2019_____
                 **Esmeraldo Rodriguez**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

IN RE:   **Juan A Rodriguez**
         **Esmeraldo Rodriguez**

CASE NO.

CHAPTER   **7**

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 3, 2019, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Date:   **4/3/2019**

**/s/ Roberto G. Culas**

**Roberto G. Culas**
Attorney for the Debtor(s)

Aaron Furniture
3495 West 3500 South
West Valley City, UT 84119

Check Smart
1842 S. 300 W.
Salt Lake City, UT 84115

Discover Financial Services
12 Reads Way
New Castle, DE 19720

Builder Canyon Apartments
5517 Slate Canyon Drive
West Jordan, UT 84081

ChexSystems
7805 Hudson Road, Suite 100
Woodbury, MN 55125

Emergency Physicians Integrated Care
333 North 300 West
Salt Lake City, UT 84103

Cash America Plaza Services
110 Hammond Drive Suite 100
Atlanta, GA 30328

Children's Place/Comenity Bank
333 West Washington St. Suite 140
Syracuse, NY 13202

Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL  32258

Check City
2490 West 4700 South
Salt Lake City, UT  84123

Credit Collection Services
725 Canton Street
Norwood MA 02062

Exodus Health Care
3336 Pioneer Parkway #201
Salt Lake City, UT  84120

Check N Go
5443 S. Redwood Road, Suite D
Salt Lake City, UT 84123

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Express Recovery Services
3782 West 2340 South, Ste. B
West Valley City, UT  84120

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

IN RE:   **Juan A Rodriguez**
         **Esmeraldo Rodriguez**

CASE NO.

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Express/Comenity Bank<br>333 West Washington Street, Suite 140<br>Syracuse, NY 13202 | Kimbrells<br>460 N. Fayetteville St.<br>Asheboro, NC 27203 | Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk, VA 23502 |
| Fingerhut, Web Bank<br>6250 Ridgewood Road<br>St. Cloud, MN  56303 | Knight Adjustment Bureau<br>5525 S. 900 E. Ste. 215<br>Salt Lake City, UT 84102 | RC Willey<br>P.O. Box 65320<br>Salt Lake City, UT  84165-0320 |
| Fortiva<br>5 Concourse Parkway, Suite 300<br>Atlanta, GA 30328 | Kohls Department Store<br>xxxxxxxx2603<br>P.O. Box 3115<br>Milwaukee, WI  53201 | Rocky Mountain Power<br>P.O. Box 26000<br>Portland, OR 97256 |
| Granger Medical<br>3725 West 4100 South<br>West Valley City, UT 84120 | Midland Funding<br>2365 Northside Dr. Ste 300<br>San Diego, CA 92108 | Smiths/Krogers<br>4065 S. Redwood Road<br>Salt Lake City, UT 84123 |
| Jordan Valley Medical Center<br>West Valley Campus<br>3460 S. Pioneer Parkway<br>West Valley City, Ut 84120 | Mountainland Collections<br>P.O. Box 1280<br>American Fork, UT  84003-6280 | Stat MD<br>1784 Uinta Way E<br>Park City, UT 84098 |
| Juan A Rodriguez<br>2660 South Melville Drive<br>Magna, UT 84044 | Mr. Money<br>4371 West 3500 South<br>West Valley City, UT  84120 | Target National Bank<br>3701 Wayzata Blvd.<br>Minneappolis, MN 55416 |
| Kimberly Furniture<br>6006 39th Avenue<br>Woodside, NY 11377 | Murray Finance<br>4905 State Street<br>Murray, UT 84107 | Time Warner Cable |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

IN RE:    **Juan A Rodriguez**
          **Esmeraldo Rodriguez**

CASE NO.

CHAPTER    **7**

**CERTIFICATE OF SERVICE**

(Continuation Sheet #2)

University Credit Union
P.O. Box 58025
Salt Lake City, UT 84158

Utah County Constable
40 N. 100 E.
Provo, UT 84606

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134

Vasa Fitness
3491 West 3500 South
West Valley City, UT 84120

Victoria Secret/Comenity Bank
333 West Washington St. Suite 140
Syracuse, NY 13202